# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH C. GIBBS,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE COURT,<br><br>        Defendant. | Case No.: 1:21-cv-01005-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS APPLICATION* WITHOUT PREJUDICE<br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

      Plaintiff Keith C. Gibbs ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action in the Sacramento Division of the Eastern District on June 15, 2021, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2). A certified trust account statement was filed on June 16, 2021. (ECF No. 5.) The action was transferred to the Fresno Division on June 25, 2021. (ECF No. 6.)

      In Plaintiff's application to proceed *in forma pauperis*, Plaintiff reported that he has cash or checking or savings accounts in the amount of $50,000,000.00. (ECF No. 2, pp. 3, 4.) However, the certified trust account filed with the Court indicates that he has a balance of $0.10, and during the past six months had an average monthly balance of $28.21. (ECF No. 5.) Plaintiff

1

does not clarify the source of the cash balance he identified, or whether he has access to that money.

As the evidence before the Court of Plaintiff's assets is inconclusive, the Court will provide Plaintiff with an opportunity to clarify his financial condition and adequately demonstrate financial hardship. Specifically, Plaintiff should explain whether he currently has access to $50,000,000.00 in cash or a checking or savings account, and if he does, why he is not using those funds to pay the filing fee for this action. <u>Plaintiff is not required to submit a new trust account statement.</u>

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.</u>**

IT IS SO ORDERED.

Dated: **June 25, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE