# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH C. GIBBS,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE COURT,<br><br>        Defendant. | Case No. 1:21-cv-01005-NONE-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S MAILING ADDRESS AND RE-SERVE FINDINGS AND RECOMMENDATIONS (ECF No. 13)<br><br>(ECF No. 14) |

        Plaintiff Keith C. Gibbs ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

        On July 19, 2021, the Court issued findings and recommendations recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied. (ECF No. 13.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days. (*Id.*)

        On July 21, 2021, Plaintiff filed a notice of change of address. (ECF No. 14.) Although the notice appears to indicate that Plaintiff has moved from a residential address in Oakland, California to another residential address in Oakland, the Court was unable to verify the new address. Furthermore, the return address on the envelope, as well as CDCR's inmate locator website,[1] indicate that Plaintiff is currently housed at the California Substance Abuse Treatment

---

[1] The Court may take judicial notice of public information stored on the CDCR inmate locator website. *See In re Yahoo Mail Litig.*, 7 F.Supp.3d 1016, 1024 (N.D. Cal. 2014) (court may take

1

Facility in Corcoran, California, and remains in the custody of CDCR.  (*Id.* at 3.)

Based on this information, the Court finds it appropriate to update Plaintiff's mailing address to the California Substance Abuse Treatment Facility, and will re-issue the findings and recommendations and allow Plaintiff additional time to file any objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update Plaintiff's mailing address to the California Substance Abuse Treatment Facility;
2. The Clerk of the Court is directed to serve this order and re-serve the Court's July 19, 2021 findings and recommendations, (ECF No. 13), to Plaintiff at his updated mailing address; and
3. Plaintiff's objections to the findings and recommendations are due within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 22, 2021**          /s/ *Barbara A. McAuliffe*          
                                            UNITED STATES MAGISTRATE JUDGE

---

judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); *Louis v. McCormick & Schmick Restaurant Corp.*, 460 F.Supp.2d 1153, 1155 n.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).