1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    KEITH C. GIBBS,                              No.  1:21-cv-01005-NONE-BAM (PC)

12              Plaintiff,

13         v.                                      ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS RECOMMENDING
14    PEOPLE OF THE COURT,                         DENIAL OF PLAINTIFF'S MOTION TO
                                                   PROCEED *IN FORMA PAUPERIS*
15              Defendant.
                                                   (Doc. Nos. 10, 14)
16
                                                   **TWENTY-ONE (21) DAY DEADLINE**
17

18         Plaintiff Keith C. Gibbs is a state prisoner proceeding *pro se* in this civil rights action

19    pursuant to 42 U.S.C. § 1983.

20         Plaintiff initiated this action on June 15, 2021, together with a motion requesting leave to

21    proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, in the Sacramento Division of the

22    U.S. District Court for the Eastern District of California.  (Doc. Nos. 1, 2.)  Plaintiff filed a

23    prisoner trust fund account statement on June 16, 2021.  (Doc. No. 5.)  The action was transferred

24    to the Fresno Division on June 25, 2021.  (Doc. No. 6.)

25         On June 28, 2021, the assigned magistrate judge issued an order denying plaintiff's

26    application to proceed *in forma pauperis*, without prejudice, to allow plaintiff an opportunity to

27    clarify his financial condition and adequately demonstrate financial hardship.  (Doc. No. 8.)  The

28    magistrate judge noted that although plaintiff's certified trust account indicated a current

                                                   1

1    available balance of $0.10, (Doc. No. 5), plaintiff also reported cash or checking or savings

2    accounts in the amount of $50,000,000.00.  (Doc. No. 2, pp. 3, 4.)  Plaintiff was directed to

3    explain whether he currently had access to $50,000,000.00, and if he did, why he was not using

4    those funds to pay the filing fee for this action.  (Doc. No. 8.)

5            On July 16, 2021, plaintiff filed a renewed application to proceed *in forma pauperis*.

6    (Doc. No. 10.)  In this application, plaintiff again represented to this court that he had cash

7    (including the balance of checking or savings accounts) in the total amount of $50,000,000.00.

8    (Doc. No. 10, p. 2.)  Plaintiff also represented that he had $300.00 in his prison trust account, had

9    an average monthly balance of $300.00 during the past six months, and received average monthly

10   deposits of $300.00 to his trust account.  (*Id.*)  Despite the magistrate judge's instructions,

11   plaintiff failed to explain whether he currently had access to the $50,000,000.00 he claimed to

12   possess, and why he had not used those funds to pay the filing fee for this action.

13           On July 19, 2021, the magistrate judge issued findings and recommendations that

14   plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay

15   the $402.00 filing fee in full to proceed with this action because he is able to afford the costs of

16   this action.  (Doc. No. 13.)  The magistrate judge found that plaintiff's certified trust account

17   statement, compared against plaintiff's application to proceed *in forma pauperis*, provided

18   inconclusive evidence of plaintiff's financial condition.  Nevertheless, as plaintiff continued to

19   represent that he possesses $50,000,000.00 in cash or in checking or savings accounts and

20   receives average monthly deposits to his trust account of $300.00, the magistrate judge found that

21   plaintiff possesses more than sufficient financial means to pay the filing fee for this action.  Those

22   findings and recommendations were served on plaintiff and contained notice that any objections

23   thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3.)

24           On July 21, 2021, plaintiff filed a notice of change of address and another copy of his

25   certified trust account statement.  (Doc. Nos. 14, 15.)  Although the notice of change of address

26   indicated that plaintiff had moved from a residential address in Oakland, California to another

27   residential address in Oakland, the magistrate judge found that the new address could not be

28   verified, and that CDCR's inmate locator website indicated that plaintiff remained in the custody

1   of CDCR.  (Doc. No. 16.)  The magistrate judge accordingly ordered the findings and

2   recommendations re-served on plaintiff at the CDCR institution where he remained housed, and

3   extended the deadline for filing objections.  (*Id.*)  No objections have been filed to the July 19,

4   2021 findings and recommendations, and the deadline to do so has expired.

5          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

6   *de novo* review of the case.  Having carefully reviewed the entire file, and although plaintiff's

7   claimed access to $50,000,000.00 would appear to be implausible the court concludes that the

8   magistrate judge's findings and recommendations are supported by the record and proper

9   analysis.

10         Accordingly,

11         1.      The findings and recommendations issued on July 19, 2021, (Doc. No. 13), are

12                 adopted in full;

13         3.      In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma*

14                 *pauperis* (Doc. No. 10) is denied; and

15         4.      Within **twenty-one (21) days** following the date of service of this order, plaintiff

16                 shall pay the $402.00 filing fee in full to proceed with this action.  If plaintiff fails

17                 to pay the filing fee within the specified time, this action will be dismissed without

18                 further notice.

19   IT IS SO ORDERED.

20      Dated:   **August 28, 2021**                    _____

21                                                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

3