UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH C. GIBBS,<br><br>   Plaintiff,<br><br>   v.<br><br>PEOPLE OF THE COURT,<br><br>   Defendant. | No. 1:21-cv-01005-NONE-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(Doc. No. 17) |

Plaintiff Keith C. Gibbs is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 19, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the filing fee in full to proceed with this action because he is able to afford the costs of this action. (Doc. No. 13.) Plaintiff did not file objections. On August 30, 2021, the undersigned issued an order adopting the findings and recommendations in full and ordering plaintiff to pay the $402.00 filing fee in full within twenty-one (21) days. (Doc. No. 17.) In that order, plaintiff was warned that failure to pay the filing fee within the specified time would result in dismissal of this action. (*Id.* at 3.)

Plaintiff has not paid the filing fee, and the deadline for him to do so has expired. Plaintiff has not otherwise communicated with the court.

1

Because plaintiff has failed to obey the court's order and pay the appropriate filing fee, this case cannot proceed. This matter will be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

Accordingly,

1. This action is dismissed, without prejudice, for plaintiff's failure to comply with the court's order of August 30, 2021, (Doc. No. 17), and his failure to pay the filing fee; and
2. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **October 12, 2021**                              /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2